# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY R. SISNIEGA,<br>　　　　Petitioner<br>　　v.<br>WARREN L. MONTGOMERY,<br>　　　　Respondent. | Case No. 2:19-cv-07786-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying And Dismissing Petition With Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: JANUARY 10, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE